MARKS, Respondent, *v.* METROPOLITAN LIFE INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* November 10, 1890.)

Appeal from first district court.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Arnoux, Ritch & Woodford,* for appellant.    *M. L. Erlanger,* for respondent.
No opinion.    Motion that the appeal be withdrawn without costs to either party granted.

———

SPRINGER, Respondent, *v.* BIEN *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* November 10, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*F. Bien,* for appellants.    *J. E. Burke,* for respondent.
No opinion.    Motion to withdraw appeal granted, with $10 costs.    Motion for a new trial denied, with costs.    See 10 N. Y. Supp. 530.

———

AMERICAN STEAM-BOILER INS. CO., Appellant, *v.* SCHIFFER, Respondent.

*(Common Pleas of New York City and County, General Term.* November 12, 1890.)

Appeal from city court, general term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Wolff & Hodges,* for appellant.    *Theall & Beall,* for respondent.
No opinion.    Judgment affirmed, with costs.

———

DALY, Respondent, *v.* WISE, Appellant.

*(Common Pleas of New York City and County, General Term.* November 12, 1890.)

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Reynolds & Harrison,* for appellant.    *Daly, Hoyt & Mason,* for respondent.
No opinion.    Judgment affirmed, with costs.    See 7 N. Y. Supp. 902.

———

FIELD, Appellant, *v.* BURR BREWING CO., Respondent.

*(Common Pleas of New York City and County, General Term.* November 12, 1890.)

Appeal from city court, general term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*F. Kurzman,* for appellant.    *B. W. Traitel,* for respondent.
No opinion.    Judgment reversed, new trial ordered, costs to abide the event.

———

HOWARD, Respondent, *v.* LANGAN *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* November 12, 1890.)

Appeal from city court, general term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*M. J. Langan,* for appellants.    *F. W. Judge, Jr.,* for respondent.
No opinion.    Judgment affirmed, with costs.